# IN THE SUPREME COURT OF THE STATE OF NEVADA

HORIZON HOLDINGS 2900, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

SHEA AT HORIZON RIDGE OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,

Respondent.

HORIZON HOLDINGS 2900, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

SHEA AT HORIZON RIDGE OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,

Respondent.

No. 81421

**FILED**

MAY 0 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

No. 82150

## ORDER DISMISSING APPEALS

These are consolidated appeals from a district court's findings of fact, conclusions of law, and judgment after bench trial and from a postjudgment order regarding attorney fees, costs, and interest. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

On November 23, 2021, this court entered an order consolidating these appeals and removing them from the settlement program. That order directed appellant to file a transcript request form by December 7, 2021, and the opening brief and appendix by February 22, 2022. When appellant failed to file the transcript request form, this court issued an order on January 25, 2022, directing appellant to file the form by February 2, 2022. When appellant subsequently failed to file the transcript request form and the opening brief and appendix, this court issued an order

on March 23, 2022, directing appellant to file the transcript request form or certificate of no transcript request, and the opening brief and appendix by March 30, 2022. The order cautioned appellant that failure to comply could result in the imposition of sanctions, including the dismissal of these consolidated appeals. *See* NRAP 9(a)(7); NRAP 31(d).

To date, appellant has failed to file the transcript request form or certificate of no transcript request, and the opening brief and appendix, and has otherwise failed to communicate with this court. Accordingly, this court concludes that appellant has abandoned these consolidated appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Susan Johnson, District Judge
      Jay Young, Settlement Judge
      McDonald Carano LLP/Las Vegas
      Gallian Welker & Beckstrom, LC/Las Vegas
      Gordon Rees Scully Mansukhani LLP/Las Vegas
      Eighth District Court Clerk

2